UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

HOZAIFA ARSIWALA,

                          Plaintiff,                                    **ECF CASE**

          v.

                                                            08 Civ. 00085 (LAK)

DEPARTMENT OF HOMELAND SECURITY,
et al.

                                                            NOTICE OF APPEARANCE
                          Defendants.
-------------------------------------------------------- x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        January 16, 2008

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                          By:     /s/ _____
                                        NATASHA OELTJEN
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2769
                                        Facsimile: (212) 637-2786
                                        Email: natalia.oeltjen@usdoj.gov

TO:     William H. Oltarsh, Esq.
        494 Eight Avenue, Suite 1704
        New York, NY 10001