UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
ARISWALA,

             Plaintiff(s)

V.                               08-cv-00085 (LAK)

DEPARTMENT OF HOMELAND
SECURITY,
             Defendant(s).
------------------------------x

**ORDER**

      A pretrial conference having been held on February 28, 2008, it is hereby, ORDERED that the Clerk of Court shall place this case on my suspense docket.

Dated: March 5, 2008

                                              Lewis A. Kaplan
                                   United States District Court